July 28, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

## MAYOR ANNISE PARKER AND CITY OF HOUSTON, Appellants

NO. 14-14-00899-CV

V.

NO. 14-14-00932-CV

## JACK PIDGEON AND LARRY HICKS, Appellees
_____

This cause, an appeal from the order in favor of appellees, Jack Pidgeon and Larry Hicks, signed November 5, 2014, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **REVERSE** and **REMAND** the order of the court below for proceedings in accordance with this court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellees, Jack Pidgeon and Larry Hicks. We further order this decision certified below for observance.